# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE ADAME and REFUGIO ADAME, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES, INC., <br><br> Defendant. | Case No.: 2:17-cv-01456 FMO (Ex) <br><br> **DISCOVERY MATTER** <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> Complaint Filed: February 22, 2017 |

The Court, having read and considered Plaintiffs' MICHELLE ADAME and REFUGIO ADAME, JR. ("Plaintiffs"), and Defendant PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES, INC.'s ("Defendant") Stipulated Protective Order, and for good cause appearing therefor, the Stipulated Protective Order of the Parties is hereby approved.

**IT IS SO ORDERED.**

Dated: 5/2/17

Hon. Charles F. Eick
U.S. Magistrate Judge