**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs*,
Michelle Adame and
Refugio Adame, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M MICHELLE ADAME and REFUGIO ADAME, Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES, INC.,<br><br>Defendant. | Case No.: 17-cv-01456-FMO-E<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Michelle Adame and Refugio Adame, Jr. ("Plaintiffs") submit this Notice of Settlement to inform the Court that this action has settled in its entirety. Plaintiffs respectfully request that all pending deadlines be vacated and that the Court set a deadline of no earlier than November 3, 2017 for the parties to file the appropriate dismissal papers.

| | |
|---|---|
| Dated: September 29, 2017 | Respectfully submitted, |
| | **KAZEROUNI LAW GROUP, APC** |
| | By: _/s/ Abbas Kazerounian_____ |
| | ABBAS KAZEROUNIAN, ESQ. |
| | AK@KAZLG.COM |
| | ATTORNEYS FOR PLAINTIFFS |

<u>Additional Plaintiffs' Counsel</u>

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

---

NOTICE OF SETTLEMENT
2:17-CV-01456-FMO-E

2 OF 2