| | |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP** |
| 2 | Donald E. Bradley, Esq. (SBN: 145037) |
|   | d.bradley@mpglaw.com |
| 3 | 650 Town Center Drive, Suite 1200 |
| 4 | Costa Mesa, CA 92626 |
|   | Telephone: (714) 668-2400 |
| 5 | Facsimile: (714) 668-2490 |
| 6 | *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **MICHELLE ADAME and REFUGIO ADAME, JR.,** | **Case No.:** 2:17-cv-01456 FMO (Ex) |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | Complaint Filed: February 22, 2017 |
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES, INC.,** | |
| Defendant. | |

Plaintiffs MICHELLE ADAME and REFUGIO ADAME, JR. ("Plaintiffs"), and Defendant PENNSYLVANIA HIGHER EDUCATION AGENCY d/b/a AMERICAN EDUCATION SERVICES, INC. ("Defendant"), by and through their respective counsel of record in the above-entitled Action, hereby STIPULATE AND AGREE that the entire action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: December 5, 2017 | **KAZEROUNI LAW GROUP, APC** |
| | By: /s/ Abbas Kazerounian |
| | ABBAS KAZEROUNIAN |
| | ak@kazlg.com |
| | *Attorney for Plaintiffs* |
| DATED: December 5, 2017 | **MUSICK, PEELER & GARRETT LLP** |
| | By: /s/ Donald E. Bradley |
| | DONALD E. BRADLEY |
| | *Attorney for Defendant*, |
| | Pennsylvania Higher Education Assistance Agency |