# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **MICHELLE ADAME and REFUGIO ADAME, JR.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES, INC.,**<br><br>**Defendant.** | **Case No.:** 2:17-cv-01456 FMO (Ex)<br><br>**ORDER GRANTING JOINT STIPULATION [23] TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 22, 2017 |

Based on the joint stipulation of the parties, the Court hereby ORDERS the entire action dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 6, 2017

/s/
Hon. Fernando M. Olguin
U.S. District Judge